UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GILA JEAN BURTON-CURL,

                Plaintiff,

    v.

AMERICAN FEDERATION OF
TEACHERS 1789 UNION, *et al.*,

                Defendants.

Case No. C26-1042-JLR

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

       Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

       The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James L. Robart.

       //

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

Dated this 30th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2